UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JUSTIN HARLOW,**

    **Plaintiff,**

**v.**                                                                                                   Case No: 5:25-cv-71- PRL

**COMMISSIONER OF SOCIAL
SECURITY,**

    **Defendant.**

_____

## ORDER

The Commissioner filed the administrative record on April 7, 2025. (Doc. 13). Pursuant to the Supplemental Rules for Social Security, Plaintiff was required to file and serve her brief within 30 days after the answer (which in this case was the administrative record) was filed. *See* Supplemental Rules 4(b) & 6. To date, Plaintiff has not filed her brief. Accordingly, Plaintiff shall show cause on or before **September 10, 2025,** why this action should not be dismissed for failure to prosecute pursuant to Local Rule 3.10.

DONE and ORDERED in Ocala, Florida on August 29, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties